## Horace COZART v. STATE.

### No. 16052.

Court of Criminal Appeals of Texas.

June 7, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is forgery; penalty assessed at confinement in the penitentiary for two years.

The record is here without statement of facts or bills of exception. No irregularities in the procedure authorizing a reversal or requiring discussion have been pointed out or perceived.

The judgment is affirmed.

## Selmar D. DICK v. STATE.

### No. 16095.

Court of Criminal Appeals of Texas.

June 21, 1933.

J. R. Cornelius, of Sweetwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery with firearms is the offense; penalty assessed at confinement in the penitentiary for eight years.

It has been made known to this court by the affidavit of the sheriff of Nolan county, Tex., that the appellant made his escape from the jail of said county where he was in custody pending his appeal; that he has not voluntarily returned, but is still at large. By reason of such escape, this court is deprived of jurisdiction of the appeal. See article 824, C. C. P. 1925, as amended by Acts of 43d Legislature (1933) Reg. Session (Senate Bill No. 356), c. 34 (Vernon's Ann. C. C. P. art. 824).

The appeal is dismissed.

## Selmar D. DICK v. STATE.

### No. 16094.

Court of Criminal Appeals of Texas.

June 21, 1933.

J. R. Cornelius, of Sweetwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, ten years in the penitentiary.

We find in the record an affidavit made by the proper officer, showing the escape from custody of appellant pending this appeal. Under the provisions of our statute this deprives us of any further jurisdiction.

The appeal is dismissed.

## F. S. GOMEZ, Jr., v. STATE.

### No. 16107.

Court of Criminal Appeals of Texas.

June 14, 1933.

John B. Littler, of Big Spring, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.